UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| TERRY REYNOLDS, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. CV415-207 |
| SHERIFF AL ST. LAWRENCE, | ) | |
| CHATHAM COUNTY SHERIFF | ) | |
| DEPARTMENT, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The district judge adopted the undersigned's Report and Recommendation (R&R) advising dismissal of inmate Terry Reynolds' habeas and mandamus petitions. Doc. 7. However, the undersigned gave him a second chance to file a Fed. R. Civ. P. 72(b), R&R Objection since no judgment had yet been entered and Reynolds had claimed a mail system failure. Doc. 11. Reynolds now moves for more time and transfer to a federal facility with better law library resources (content and access-wise). Doc. 12. His motion is **DENIED**. Doc. 12. His R&R Objection remains due May 27, 2016.

**SO ORDERED,** this  25th  day of May, 2016.

_/s/ G.R. Smith_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA